AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| | | |
|---|---|---|
| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>USDC- Northern District of Illinois |
| DOCKET NO. 26-cv-12175 | DATE FILED 10/05/2026 | |
| PLAINTIFF<br>Domain of Science Ltd | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | R. Perez | 11/12/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-643**
**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** The Map of Mathematics

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 01, 2017
**Nation of 1st Publication:** Canada

## Author

- **Author:** Domain of Science Ltd
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Domain of Science Ltd
224 Riverside Road, St Albans, AL1 1SF, United Kingdom

## Rights and Permissions

**Organization Name:** Domain of Science Ltd
**Email:** walliman@gmail.com
**Address:** 224 Riverside Road
St Albans AL1 1SF United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 16, 2025

**Applicant's Tracking Number:** DS2025051508

---

**Correspondence:** Yes


THE MAP OF MATHEMATICS
FOUNDATIONS
FUNDAMENTAL RULES
MATHEMATICAL LOGIC
CONSISTENT SET OF AXIOMS?
GÖDEL INCOMPLETENESS THEOREMS
SET THEORY
THEORY OF COMPUTATION
P≠NP?
COMPLEXITY THEORY
CATEGORY THEORY
CARDINAL NUMBERS
OCTONION
QUATERNION
PI
EXPONENTIAL
COMPLEX NUMBERS
PRIME NUMBERS
1,3,11,907
INFINITY
REAL NUMBERS
RATIONAL NUMBERS
NUMBER THEORY
INTEGERS
NATURAL NUMBERS
1,2,3,4,5...
COMBINATORICS
PARTITION THEORY
TREE
GRAPH THEORY
LINEAR ALGEBRA
NUMBER SYSTEMS
GROUP THEORY
ORDER THEORY
MEASURE THEORY
MATRICES
ALGEBRA
EQUATION
VECTORS
STRUCTURES
PURE MATHEMATICS
SPACES
ORIGINS
COUNTING
TOPOLOGY
MOBIUS STRIP
DIFFERENTIAL GEOMETRY
1 HOLE (GENUS 1)
MANDELBROT SET
GEOMETRY
CHANGES
PYTHAGORAS
COMPLEX ANALYSIS
FRACTAL GEOMETRY
TRIGONOMETRY
CALCULUS
DYNAMICAL SYSTEMS
FLUID FLOW
DIFFERENTIAL
GRADIENT
INTEGRAL
BUTTERFLY EFFECT
CHAOS THEORY
ECOSYSTEMS
VECTOR CALCULUS
DIFFERENTIAL EQUATIONS
CRYPTOGRAPHY
ENCRYPT
DECRYPT
PUBLIC KEY
PRIVATE KEY
COMPUTER SCIENCE
TURING MACHINE
MACHINE LEARNING
CAT
PROBABILITY
BAYES' RULE
OPTIMIZATION
STATISTICS
MATHEMATICAL FINANCE
GAME THEORY
ECONOMICS
APPLIED MATHEMATICS
NUMERICAL ANALYSIS
ENGINEERING
MATHEMATICAL PHYSICS
CONTROL THEORY
MATHEMATICAL CHEMISTRY
THEORETICAL PHYSICS
BIOMATHEMATICS
BY DOMINIC WALLIMAN © 2022 YOUTUBE DOMAIN OF SCIENCE

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-467-599**

**Effective Date of Registration:**
May 16, 2025

**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Map of Computer Science

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 06, 2017
**Nation of 1st Publication:** Canada

## Author

- **Author:** Domain of Science Ltd
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Domain of Science Ltd
224 Riverside Road, St Albans, AL1 1SF, United Kingdom

## Rights and Permissions

**Organization Name:** Domain of Science Ltd
**Email:** walliman@gmail.com
**Address:** 224 Riverside Road
St Albans AL1 1SF United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 16, 2025

**Applicant's Tracking Number:** DS2025051502

---

**Correspondence:** Yes


MAP OF COMPUTER SCIENCE
COMPUTATIONAL COMPLEXITY
DOES P≠NP ?
INFORMATION THEORY
CRYPTOGRAPHY
MONITOR
SSD
HARDWARE
CPU
RAM
MOTHERBOARD
SCHEDULING
COMPUTER ARCHITECTURE
FPGA
THEORETICAL COMPUTER SCIENCE
COMPUTER ENGINEERING
COMPUTABILITY THEORY
TURING MACHINE
ALAN TURING
LAMBDA CALCULUS
ALGORITHMS
BUBBLE SORT
MERGE SORT
ANALYSIS OF ALGORITHMS
ALGORITHMIC COMPLEXITY
AND MORE
SOFTWARE AND PROGRAMMING LANGUAGES
PYTHON
JAVASCRIPT
PHP
SWIFT
PERL
JAVA
C#
SQL
C++
C
ASSEMBLY
MACHINE CODE
COMPILERS
SOFTWARE ENGINEERING
OPERATING SYSTEMS
iOS
macOS
MACHINE LEARNING
OPTIMISATION
BOOLEAN SATISFIABILITY
SUPER COMPUTING
COMPUTATIONAL SCIENCE
HACKING
ARTIFICIAL INTELLIGENCE
A.I.
ROBOTICS
COMPUTER VISION
APPLICATIONS
VIRTUAL REALITY
SIMULATION
BIG DATA
NATURAL LANGUAGE PROCESSING
TELEPRESCENCE
AUGMENTED REALITY
HUMAN COMPUTER INTERACTION
CHATBOTS
CAKE
IMAGE PROCESSING
KNOWLEDGE REPRESENTATION
INTERNET OF THINGS
BY DOMINIC WALLIMAN ©2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-652**
**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** The Map of Quantum Physics

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** August 10, 2020
**Nation of 1st Publication:** Canada

## Author

- **Author:** Domain of Science Ltd
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Domain of Science Ltd
224 Riverside Road, St Albans, AL1 1SF, United Kingdom

## Rights and Permissions

**Organization Name:** Domain of Science Ltd
**Email:** walliman@gmail.com
**Address:** 224 Riverside Road
St Albans AL1 1SF United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 16, 2025

**Applicant's Tracking Number:** DS2025051511

**Correspondence:** Yes


DOMAIN OF SCIENCE
BY DOMINIC WALLIMAN © 2020
THE MAP OF QUANTUM PHYSICS
PRE-QUANTUM MYSTERIES
ATOMIC SPECTRA
BLACKBODY RADIATION
THE STABLE ATOM
PHOTOELECTRIC EFFECT
RADIOACTIVITY
QUANTUM FOUNDATIONS
THE WAVE FUNCTION
PARTICLE-WAVE DUALITY
THE BORN RULE
INTERFERENCE PATTERN
DOUBLE SLIT EXPERIMENT
THE SCHRÖDINGER EQUATION
THE DIRAC EQUATION
THE HEISENBERG UNCERTAINTY PRINCIPLE
DEFINITE POSITION
DEFINITE MOMENTUM
BELL'S THEOREM
CORRELATION
ENERGY QUANTIZATION
COPENHAGEN
WAVE
PARTICLE
THE MEASUREMENT PROBLEM
PILOT WAVE
INTERPRETATIONS OF QUANTUM MECHANICS
MANY WORLDS THEORY
QBISM
AND MANY OTHERS...
CONSISTENT HISTORIES
TRANSACTIONAL INTERPRETATION
STOCHASTIC INTERPRETATION
QUANTUM DARWINISM
QUANTUM GRAVITY
M-THEORY
STRING THEORY
LOOP QUANTUM GRAVITY
QUANTUM PHENOMENA
QUANTUM SPIN
PARTICLE PROPERTIES
SUPERPOSITION
QUANTUM NUMBERS
SCHRÖDINGER'S CAT
ENTANGLEMENT
DECOHERENCE
QUANTUM TUNNELING
CASIMIR EFFECT
TOPOLOGICAL PHASE TRANSITIONS
QUANTUM HALL EFFECT
SUPERCONDUCTIVITY
SUPERFLUIDITY
PHASE TRANSITIONS
TEMPERATURE
MAGNETIC FIELD
ZERO-POINT ENERGY
QUANTUM THEORY
POSTULATES
(PARAPHRASED)
1. WAVE FUNCTION DETERMINES EVERYTHING
2. ALL OBSERVABLES HAVE OPERATORS
3. OBSERVABLES ARE HERMITIAN
4. EIGENFUNCTIONS OF OPERATORS ARE INDEPENDENT
5. EXPECTATION VALUE INTEGRAL
6. TIME DEPENDENT SCHRÖDINGER EQUATION
PATH INTEGRALS
QUANTUM FIELD THEORY
SYMMETRIES
HILBERT SPACE
PARTICLE PHYSICS
QUANTUM CHROMODYNAMICS
STRONG FORCE
ELECTROWEAK INTERACTIONS
ELECTROMAGNETISM + WEAK FORCE
QUANTUM ELECTRODYNAMICS
QUANTUM INFORMATION
QUANTUM CRYPTOGRAPHY
QUBITS
QUANTUM COMPUTING
QUANTUM SIMULATION
QUANTUM COMMUNICATION
QUANTUM TELEPORTATION
BELL STATE ANALYSER
CLASSICAL SIGNAL
ENTANGLED PHOTONS
QUANTUM INTERNET
QUANTUM COMPLEXITY
COMPUTATIONAL COMPLEXITY
BQP
FEYNMAN DIAGRAMS
THE STANDARD MODEL OF PARTICLE PHYSICS
QUARKS
ANTI-MATTER
PROTON
ANTI-PROTON
THE HIGGS BOSON
GAUGE BOSONS
LEPTONS
PARTICLE ACCELERATORS
MAGNETIC RESONANCE IMAGING
NUCLEAR MAGNETIC RESONANCE IMAGING
SOLID STATE DEVICES
BAND THEORY OF SOLIDS
QUANTUM TECHNOLOGY
LIGHT EMITTING DIODES
SUPERCONDUCTING MAGNETS
S.Q.U.I.D.S
TRANSISTORS
LASERS
JOSEPHSON JUNCTION
CHARGE-COUPLED DEVICES
ATOMIC CLOCKS
ELECTRON MICROSCOPES
SCANNING TUNNELING MICROSCOPES
ATOMIC FORCE MICROSCOPES
SOLAR PANELS
CONDENSED MATTER PHYSICS
QUANTUM BIOLOGY
PHOTOSYNTHESIS
BIRD NAVIGATION
SENSE OF SMELL
ENZYMES
COLD ATOM PHYSICS
DEGENERATE ULTRACOLD GASES
DEGENERATE FERMI GAS
BOSE-EINSTEIN CONDENSATE
RYDBERG MATTER
QUANTUM CHEMISTRY
ELECTRONIC STRUCTURE
MOLECULAR DYNAMICS
QUANTUM MONTE CARLO METHODS
NUCLEAR PHYSICS
NUCLEAR FISSION
NUCLEAR FUSION
RADIOACTIVE DECAY
ALPHA DECAY
BETA DECAY
GAMMA DECAY

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE · 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-608**
**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Map of Fundamental Particles

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 30, 2021
**Nation of 1st Publication:** Canada

## Author

- **Author:** Domain of Science Ltd
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Domain of Science Ltd
224 Riverside Road, St Albans, AL1 1SF, United Kingdom

## Rights and Permissions

**Organization Name:** Domain of Science Ltd
**Email:** walliman@gmail.com
**Address:** 224 Riverside Road
St Albans AL1 1SF United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 16, 2025

**Applicant's Tracking Number:** DS2025051503

**Correspondence:** Yes


MAP OF FUNDAMENTAL PARTICLES
THE STANDARD MODEL
FERMIONS
QUARKS
LEPTONS
UP
CHARM
TOP
DOWN
STRANGE
BOTTOM
ELECTRON
MUON
TAU
ELECTRON NEUTRINO
MUON NEUTRINO
TAU NEUTRINO
GLUON
PHOTON
Z BOSON
W BOSON
GAUGE BOSONS
HIGGS BOSON
SCALAR BOSON
CONSERVATION LAWS
ENERGY
LINEAR MOMENTUM
ANGULAR MOMENTUM
CHARGE
COLOR
LEPTON NUMBERS
BARYON NUMBER
WEAK FORCE
PARITY
ISOSPIN Z COMPONENT
TIME REVERSAL
STRANGENESS
CHARGE CONJUGATION
ELECTROMAGNETIC FORCE
ISOSPIN MAGNITUDE
STRONG FORCE
FIELD INTERACTIONS
INTERACT WITH THE ELECTROMAGNETIC FIELD
INTERACT WITH THE STRONG FIELD
INTERACT WITH THE WEAK FIELD
INTERACT WITH THE HIGGS FIELD
ALL THE FUNDAMENTAL PARTICLES
STANDARD MODEL INTERACTIONS
X IS ANY FERMION IN THE STANDARD MODEL
X IS ELECTRICALLY CHARGED
L IS A LEPTON AND V IS THE CORRESPONDING NEUTRINO
X IS ANY QUARK
X IS A PHOTON OR Z-BOSON
U IS AN UP-TYPE QUARK D IS A DOWN-TYPE QUARK
X AND Y ARE ANY TWO ELECTROWEAK BOSONS SUCH THAT CHARGE IS CONSERVED
BY DOMINIC WALLIMAN © 2021 | YOUTUBE | DOMAIN OF SCIENCE

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-635**
**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** The Map of Chemistry

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** May 16, 2017
**Nation of 1st Publication:** Canada

## Author

- **Author:** Domain of Science Ltd
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Domain of Science Ltd
224 Riverside Road, St Albans, AL1 1SF, United Kingdom

## Rights and Permissions

**Organization Name:** Domain of Science Ltd
**Email:** walliman@gmail.com
**Address:** 224 Riverside Road
St Albans AL1 1SF United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 16, 2025

**Applicant's Tracking Number:** DS2025051506

**Correspondence:** Yes


THE MAP OF CHEMISTRY
TYPES OF REACTION
REACTIONS
REDOX REACTION
ACIDS AND BASES
pH
BASE
NEUTRAL
ACID
PURE WATER
CARBON
HYDROGEN
OXYGEN
NITROGEN
PESTICIDES
FERTILISERS
ORGANIC CHEMISTRY
FRAGRANCES
FLAVOURINGS
PROTEINS
MOLECULAR BIOLOGY THIS WAY
CARBON-HYDROGEN BOND
PLASTICS
CARBOHYDRATES
BIOMOLECULES
DNA
EXAMPLE
KINETICS
LUBRICANTS
ORGANOMETALLIC CHEMISTRY
BIOCHEMISTRY
CHEMISTRY OF LIFE
LIPIDS
CONSERVATION OF MASS AND ENERGY
EQUILIBRIUM
DRUGS
PENICILLIN
NUTRITION
TRANSFUSION MEDICINE
RULES OF CHEMISTRY
ENERGY
PHASES
CATALYSTS
FERROCENE
AGRICULTURE
DIFFERENT KINDS OF
BONDING
NEED ENERGY TO START REACTION
SOLID
LIQUID
GAS
MEDICINE
INORGANIC CHEMISTRY
...EVERYTHING ELSE
AREAS OF CHEMISTRY
ANALYTICAL CHEMISTRY
COVALENT BOND
IONIC BONDING
MIXTURES
CRYSTAL
UNIT CELL
FLUIDS
DETERGENTS
MADE BY HUMANS
MASS SPECTROMETRY
CHROMATOGRAPHY
CAKE
AIR
WATER
NOT BURNY OR EXPLODY
COATINGS
PIGMENTS
HYDROGEN BONDING
VAN DER WAALS BONDING
CHEMICAL COMPOUNDS
HYDROGEN
OXYGEN
FUELS
$H_2O$
$CO_2$
CARBON DIOXIDE
$NH_3$
AMMONIA
EXPLODY
BURNY
NEW MATERIALS
PRECIPITATION
MYSTERY SUBSTANCE
DRUGS
ORIGINS
EMULSIFIERS
FERTILISER
METALWORKING
MATTER
MATERIALS SCIENCE
COMPUTATIONAL CHEMISTRY
THEORETICAL CHEMISTRY
PLASTICS
FABRICS
ELECTRON
THE PERIODIC TABLE
PHYSICAL CHEMISTRY
MATERIALS
ENERGY
TIME
AN ATOM
FORCE
ELECTRO-CHEMISTRY
FIRE
GLASS
MOTION
THERMODYNAMICS
THEORETICAL PHYSICS
QUANTUM CHEMISTRY
PROTON
NEUTRON
SMELTING
BY DOMINIC WALLIMAN © 2017 YOUTUBE: DOMAIN OF SCIENCE: THE MAP OF CHEMISTRY
PHYSICS THIS WAY

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-467-649**

**Effective Date of Registration:**
May 16, 2025

**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** The Map of Physics

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 30, 2016
**Nation of 1st Publication:** Canada

## Author

- **Author:** Domain of Science Ltd
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Domain of Science Ltd
224 Riverside Road, St Albans, AL1 1SF, United Kingdom

## Rights and Permissions

**Organization Name:** Domain of Science Ltd
**Email:** walliman@gmail.com
**Address:** 224 Riverside Road
St Albans AL1 1SF United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 16, 2025

**Applicant's Tracking Number:** DS2025051509

**Correspondence:** Yes


MAP OF PHYSICS
CLASSICAL PHYSICS
LAWS OF MOTION
LAW OF UNIVERSAL GRAVITATION
ISAAC NEWTON
ORBITS
GRAVITY
CALCULUS
PRISM
OPTICS
MICROSCOPE
TELESCOPE
ASTROPHYSICS
COSMOLOGY
CLASSICAL MECHANICS
REFLECTION
REFRACTION
WAVES
DIFFRACTION
TRANSVERSE
LONGITUDINAL
FLUID MECHANICS
FLOW
LIFT
AERODYNAMICS
ELECTRIC FIELDS
MAGNETIC FIELDS
JAMES CLERK MAXWELL
ELECTROMAGNETISM
ELECTRICITY
LIGHT
CHAOS THEORY
THERMODYNAMICS
ENERGY
HEAT
TEMPERATURE
ENTROPY
RELATIVITY
CONSTANT SPEED OF LIGHT
ALBERT EINSTEIN
GENERAL THEORY OF RELATIVITY
SPACETIME
SPECIAL THEORY OF RELATIVITY
TIME
SPACE
$E=mc^2$
QUANTUM FIELD THEORY
QUANTUM ELECTRO DYNAMICS
ATOMIC THEORY
CONDENSED MATTER PHYSICS
QUANTUM INFORMATION
LASERS
COMPUTERS
QUANTUM PHYSICS
DOMINIC WALLIMAN © 2019
THE STANDARD MODEL
PARTICLE PHYSICS
FISSION
FUSION
NUCLEAR PHYSICS
NIELS BOHR
WERNER HEISENBERG
MAX PLANCK
ERWIN SCHRÖDINGER
AND OTHERS
YOUTUBE - DOMAIN OF SCIENCE - MAP OF PHYSICS
PHILOSOPHY
PHILOSOPHY OF SCIENCE
FREE WILL
HOW COME?
NATURE OF REALITY
JUST...WHY?
THE CHASM OF IGNORANCE
THE FUTURE
QUANTUM GRAVITY
STRING THEORY
LOOP QUANTUM GRAVITY
DARK ENERGY
DARK MATTER
AND MANY MORE

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-814**
**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
July 24, 2025

## Title

**Title of Work:** Map of Biology

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 09, 2017
**Nation of 1st Publication:** Canada

## Author

- **Author:** Domain of Science Ltd
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Domain of Science Ltd
224 Riverside Road, St Albans, AL1 1SF, United Kingdom

## Rights and Permissions

**Organization Name:** Domain of Science Ltd
**Email:** walliman@gmail.com
**Address:** 224 Riverside Road
St Albans AL1 1SF United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 16, 2025


MAP OF BIOLOGY
PALEONTOLOGY
EVOLUTIONARY BIOLOGY
BOTANY
ZOOLOGY
ASTROBIOLOGY
MARINE BIOLOGY
POPULATION GENETICS
GENETICS
DEVELOPMENTAL BIOLOGY
ANATOMY
ECOLOGY
GROUPS
ENVIRONMENTAL BIOLOGY
BIOMATHEMATICS
BIOINFORMATICS
BIOMECHANICS
ORGANISMS
CELLULAR BIOLOGY
PHYSIOLOGY
EPIDEMIOLOGY
BIOMEDICAL RESEARCH
BIOCHEMISTRY
QUANTUM BIOLOGY
IS IT ALIVE?
IMMUNOLOGY
PATHOLOGY
INSIDE CELLS
BIOTECHNOLOGY
MEDICINE
MOLECULAR BIOLOGY
BIOPHYSICS
STRUCTURAL BIOLOGY
BIOENGINEERING
PHARMACOLOGY
NEUROSCIENCE
SYNTHETIC BIOLOGY

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Domain of Science Ltd

Plaintiff,

v.

Case No.: 1:26−cv−12175
Honorable Edmond E. Chang

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 10, 2026:

MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the notice of voluntary dismissal, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the case is dismissed without prejudice. If the Plaintiff refiles the claim against the same Defendant, then the Plaintiff must note on the Civil Cover Sheet that it is a refiling of a previously dismissed case. Status hearing of 11/13/2026 is vacated. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.